# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**PERRY GARRY**                                                                                               **PLAINTIFF**

**VS.**                                                    **4:16-CV-00314-BRW**

**DAWN B. VANDIVER,** *et al.*                                                                      **DEFENDANTS**

## ORDER

Pending is Defendant's Motion to Dismiss (Doc. No. 6). No response has been filed and the time for doing so has passed.

For good cause shown, Defendant's Motion to Dismiss (Doc. No. 6) is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 2nd day of September, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE